COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO.
2-09-386-CV

 

 

PILAR CHAVEZ D/B/A                                                                        APPELLANT

CHAVEZ CONSTRUCTION                                                                                   

 

V.

 

AMJAD MALIK                                                                                      APPELLEE

 

AND

 

AMJAD MALIK                                                                                   APPELLANT

 

V.

 

DANIEL LEAL D/B/A
LEAL                                                                    APPELLEE

CONSTRUCTION

 

                                                                                                                             

----------

 

FROM
THE 48TH DISTRICT COURT OF TARRANT COUNTY

 

----------

 

MEMORANDUM
OPINION[1] AND JUDGMENT

 

----------

 

We
have considered the parties’ AAgreed
Motion To Dismiss.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal of
appellant Pilar Chavez d/b/a Chavez Construction.  See Tex. R. App. P. 42.1(a)(1),
43.2(f).  This case shall hereafter be
styled “Amjad Malik v. Daniel Leal d/b/a Leal Construction.”

Costs
of the appeal shall be paid by appellant Pilar Chavez d/b/a Chavez
Construction, for which let execution issue. 
See Tex. R. App. P. 42.1(d).


 

PER
CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DELIVERED:  September 16, 2010  











[1]See Tex. R. App. P. 47.4.